**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-7452**

———————

DAVID WILSON,

                                  Plaintiff - Appellant,

      versus

GENE JOHNSON, Director of the Department of
Corrections of Virginia; HELEN F. FAHEY,
Chairwoman for the Parole Board of Virginia,

                                  Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Gerald Bruce Lee, District
Judge. (CA-05-842-1-GBL)

———————

Submitted: January 26, 2006      Decided: February 2, 2006

———————

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

David Wilson, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David Wilson appeals the district court's order denying his action, filed pursuant to 42 U.S.C. § 1983 (2000), challenging the decisions and procedures of the Virginia Parole Board. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Wilson v. Johnson</u>, No. CA-05-842-1-GBL (E.D. Va. filed Aug. 26, 2005 & entered Aug. 29, 2005). We reject Wilson's contention that the Supreme Court's decision in <u>Wilkinson v. Dotson</u>, 125 S. Ct. 1242 (2005), renders the district court's decision incorrect. We deny Wilson's motion to proceed in forma pauperis as unnecessary in view of his PLRA status. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>